FILED
JANUARY 24, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 546

JUDGE SHADUR
MAGISTRATE JUDGE BROWN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Ronald Scarlato, Scarlato & Sons Realty and Development, Bellwood Place, LLC, Madison Place LLC, and Washington Commons, LLC<br>v.<br>Village of Bellwood, Illinois, Frank A. Pasquale, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ronald Scarlato, Scarlato & Sons Realty and Development, Bellwood Place, LLC, Madison Place LLC, and Washington Commons, LLC

| NAME (Type or print) |
|---|
| Gregory A. McCormick |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Gregory A. McCormick |

| FIRM |
|---|
| Garfield & Merel, Ltd. |

| STREET ADDRESS |
|---|
| 223 W Jackson Suite 1010, Chicago, IL 60606 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201621 | (312) 288-0105 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐