## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Ronald Scarlato, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−00546
                                        Honorable Milton I. Shadur

Village of Bellwood, Illinois, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

    MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Accordingly Complaint Count V is stricken. No view is expressed or implied here as to the other aspects of the Complaint.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.