UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC,<br>    Plaintiffs,<br>v.<br><br>VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY McCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION,<br>    Defendants. | No. 08 C 546<br><br>Judge Milton Shadur<br><br>Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION**

| **SIGNATURE** |  |
|---|---|
| s/Paul A. O'Grady |  |
| **FIRM** |  |
| Querrey & Harrow, Ltd. |  |
| **STREET ADDRESS** |  |
| 175 West Jackson Boulevard, Suite 1600 |  |
| **CITY/STATE/ZIP** |  |
| Chicago, IL 60604 |  |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6271373 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES          NO  X** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES          NO  X** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES      NO  X** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL                    APPOINTED COUNSEL** ||