UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of | Case |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC, <br>           Plaintiffs, <br>    v. <br><br> VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY McCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION, <br>           Defendants. | No. 08 C 546 <br><br> Judge Milton Shadur <br><br> Magistrate Judge Brown |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION**

| **SIGNATURE** <br><br> s/Dominick L. Lanzito ||
|---|---|
| **FIRM** <br><br> Querrey & Harrow, Ltd. ||
| **STREET ADDRESS** <br><br> 175 West Jackson Boulevard, Suite 1600 ||
| **CITY/STATE/ZIP** <br><br> Chicago, IL 60604 ||
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6277856 | **TELEPHONE NUMBER** <br> 312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**  YES    NO  X ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**  YES    NO  X ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**  YES    NO  X ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** <br> YES     NO  X ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.** <br><br> **RETAINED COUNSEL**                              **APPOINTED COUNSEL** ||