### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 00546 |

RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., et al
v
VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROY MCCAMPBELL

| NAME (Type or print) |
|---|
| Michael P. Latz |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael P. Latz |

| FIRM |
|---|
| BOLLINGER, RUBERRY & GARVEY |

| STREET ADDRESS |
|---|
| 500 W. MADISON STREET - SUITE 2300 - CITICORP CENTER |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS  60661-2593 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201519 | (312)466-8000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐