IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC., <br><br> Plaintiffs, <br><br> v. <br><br> VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY McCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION, <br><br> Defendants. | Case No. 08-00546 <br><br> Hon. Milton I. Shadur |

**NOTICE OF DEFENDANTS' ATTORNEY'S
CHANGE OF ADDRESS**

Defendant, ROY McCAMPBELL'S attorney, MICHAEL P. LATZ of ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C., hereby gives notice to Plaintiff of his change of address:

MICHAEL P. LATZ
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax
Firm ID 42783
mlatz@ancelglink.com

Respectfully submitted,

By:   /s/ Michael P. Latz

Mihael P. Latz
ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois  60603
(312) 782-7606
(312) 782-0943 Fax
Firm ID 42783
mlatz@ancelglink.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 28, 2008, I electronically filed the foregoing Notice of Defendants' Attorney's Change of Address with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Michael Bersani
Hervas, Condon & Bersani, P.C.
333 Pierce Road
Suite 195
Itasca, IL  60143
mbersani@hcbattorneys.com

John J.. Rock
Rock Fusco, LLC
321 N. Clark Street
Suite 2200
Chicago, IL  60610
jrock@rockfusco.com

Greg McCormick
Garfield & Merel, Ltd.
223 W. Jackson Blvd.
Suite 1010
Chicago, IL 60606-6908
mccormick@garfield-merel.com

                /s/ Michael P. Latz
                Michael P. Latz
                Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
                140 South Dearborn, 6th Floor
                Chicago, Illinois 60603
                (312) 782-7606