UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RONALD SCARLATO, SCARLATO & )
SONS REALTY & DEVELOPMENT CORP., )
BELLWOOD PLACE, LLC, MADISON ST. )
PLACE, LLC and WASHINGTON )
COMMONS, LLC, )
                                                )     No.    08-00546
               Plaintiffs,             )
                                                )     Honorable Milton I. Shadur
                                                )
VILLAGE OF BELLWOOD, ILLINOIS, )
FRANK A. PASQUALE, ROY MCCAMPBELL, )
ANTHONY BRUNO and ILLINOIS )
DEVELOPMENT SERVICES CORPORATION )
                                                )
             Defendants.            )

**MOTION TO DISMISS**

      NOW COMES the Defendant, FRANK A. PASQUALE, by and through his attorneys, CHARLES E. HERVAS and MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C. and, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), moves for dismissal of Counts I, II and III of Plaintiffs' Complaint. In support thereof the Defendant states as follows:

      1.     In this action, the Plaintiffs, Ronald Scarlato and several companies owned and managed by him (hereinafter collectively referred to as "Plaintiffs"), have filed a multi-count complaint against several Defendants, including Village of Bellwood Mayor Frank Pasquale, alleging violations of substantive due process and equal protection under 42 U.S.C. § 1983 (Count I), and Illinois tort and contract law (Counts II through IV and VI through IX).

      2.     On January 29, 2008, this Court, *sua sponte*, dismissed Count V, which was a civil conspiracy count under 42 U.S.C. § 1985, because there were no requisite race-based allegations.

      3.     Only Counts I, II and III are directed toward Defendant. In Count I, Plaintiffs allege violations of their constitutional rights pursuant to Section 1983. In Count II, Plaintiffs allege that a claim for tortious interference with existing leases and, in Count III, Plaintiffs allege a claim for tortious interference with prospective business expectancy.

4. Count I should be dismissed for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). In alleging harm to their constitutional property rights, Plaintiffs' claims effectively fall within the framework of a federal takings claim. Said claim is not be ripe for review because Plaintiffs have not pursued their state law remedies first before seeking a remedy under § 1983. See Williamson Co. Regional Planning Comm'n v. Hampton Bk., 473 U.S. 172 (1985).

5. Count I alternatively should be dismissed for failure to state a cause of action under Federal Rule of Civil Procedure 12(b)(6). Plaintiffs have wholly failed to allege that they were treated differently than others similarly situated and, therefore, have failed to state a "class of one" equal protection claim. In addition, Plaintiffs have alleged nothing more than selective enforcement of municipal ordinances, which is a claim that can and should be redressed under state law. See, e.g., Hilton v. City of Wheeling, 209 F. 3d 1005 (7th Cir. 2000).

6. Count II should also be dismissed. Count II is premised on injuries allegedly suffered as a result of the Defendants' failure or refusal to issue business licenses and, therefore, is barred under Sections 2-104 and 2-206 of the Illinois Local Governmental and Governmental Employees Tort Immunity Act, 745 ILCS 10/2-104, 2-206 (West 1998).

7. Furthermore, neither Count II nor III state a cause of action for tortious interference under Illinois law.

8. Finally, should this Court dismiss Plaintiffs' federal claims, it may alternatively relinquish jurisdiction over Counts II and III.

s/**MICHAEL D. BERSANI**
Michael D. Bersani, Atty. Bar Number 06200897
Charles E. Hervas, Atty. Bar Number 06185117
Attorney for Defendant Frank Pasquale
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com
chervas@hcbattorneys.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION<br><br>　　　　Defendants. | No.　08-00546<br><br>Honorable Milton I. Shadur |

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing ***Motion to Dismiss*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregory A. McCormick
Garfield & Merel, Ltd.
223 West Jackson Blvd., Suite 1010
Chicago, IL 60606
mccormick@garfield-merel.com

John J. Rock
Rock Fusco, LLC
321 North Clark Street, Suite 2200
Chicago, IL 60610
jrock@rockfuscollc.com

Michael P. Latz
Ancel, Glink, Diamond, Bush, DiCianni & Kraftherfer, P.C.
140 South Dearborn, Suite 600
Chicago, IL 60603
mlatz@ancelglink.com

Daniel F. Gallagher
Paul A. O'Grady
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Suite 1600
Chicago, IL 60604
dgallagher@querrey.com
pogrady@querrey.com

　　　　　　　　S/MICHAEL D. BERSANI
　　　　　　　　Michael D. Bersani, Bar Number 06200897
　　　　　　　　Attorney for Defendant, FRANK A PASQUALE
　　　　　　　　HERVAS, CONDON & BERSANI, P.C.
　　　　　　　　333 Pierce Road, Suite 195
　　　　　　　　Itasca, IL 60143-3156
　　　　　　　　Phone: 630-773-4774
　　　　　　　　Fax: 630-773-4851
　　　　　　　　mbersani@hcbattorneys.com