IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC, <br><br>   Plaintiffs,<br><br>v.<br><br>VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION<br><br>   Defendants. | No.   08-00546<br><br>Honorable Milton I. Shadur |

## NOTICE OF MOTION

**TO:** Gregory Allen McCormick, Garfield & Merel, Ltd., 223 West Jackson Boulevard, Suite 1010, Chicago, IL 60606

John J. Rock, Rock Fusco, LLC, 321 North Clark Street, Suite 2200, Chicago, IL 60610

Michael Latz, Ancel Glink Diamond Bush DiCianni & Krafthefer P.C., 140 South Dearborn Street, Sixth Floor, Chicago, IL 60603

Paul A. O'Grady, Daniel F. Gallagher, Querrey & Harrow, Ltd., 175 West Jackson Boulevard, Suite 1600, Chicago, IL 60604

**PLEASE TAKE NOTICE** that on the 26th day of June, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Frank Pasquale's Motion to Dismiss and Memorandum of Law in Support of Defendant Frank Pasquale's Motion to Dismiss.

Copies are attached hereto and herewith served upon you.

        S/MICHAEL D. BERSANI
        MICHAEL D. BERSANI, Bar Number 06200897
        Attorney for Defendant, FRANK A. PASQUALE
        HERVAS, CONDON & BERSANI, P.C.
        333 Pierce Road, Suite 195
        Itasca, IL 60143-3156
        Phone: 630-773-4774
        Fax: 630-773-4851
        mbersani@hcbattorneys.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC, <br><br>  Plaintiffs, <br><br> v. <br><br> VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION <br><br>  Defendants. | ) ) ) ) ) ) ) No.   08-00546 ) ) Honorable Milton I. Shadur ) ) ) ) ) ) ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following participants:

Gregory Allen McCormick
Garfield & Merel, Ltd.
223 West Jackson Boulevard,
Suite 1010
Chicago, IL 60606
mccormick@garfield-merel.com

Michael Latz
Ancel Glink Diamond Bush DiCianni
& Krafthefer P.C.
140 South Dearborn Street
Sixth Floor
Chicago, IL 60603
mlatz@ancelglink.com

John J. Rock
Rock Fusco, LLC
321 North Clark Street
Suite 2200
Chicago, IL 60610
jrock@rockfuscollc.com

Paul A. O'Grady
Daniel F. Gallagher
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
pogrady@querrey.com
dgallagher@querrey.com

S/MICHAEL D. BERSANI
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendant, FRANK A. PASQUALE
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone:  630-773-4774
Fax:  630-773-4851
mbersani@hcbattorneys.com