UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION<br><br>Defendants. | No. 08-00546<br><br>Honorable Milton I. Shadur |

## NOTICE OF MOTION

To: See Attached Service List

On June 26, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Milton I. Shadur in Room 2303 in the United States District Court for the Northern District of Illinois; 219 South Dearborn; Chicago, Illinois, and present **DEFENDANT's MOTION TO DISMISS and MOTION FOR LEAVE TO ADOPT DEFENDANT PASQUALE'S MEMORANDA IN SUPPORT OF HIS MOTION TO DISMISS,** hereto attached and served upon you.

                                            s:/      Michael P. Latz
                                                    Michael P. Latz

Michael P. Latz
ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C.
ATTORNEYS FOR DEFENDANT ROY MCCAMPBELL
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606
(312) 782-0943 - Fax
ID# 6201519

1

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on June 23, 2008, the foregoing **Notice of Motion** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification of such filing to the following:

**Carly D. Berard**
Robbins Kaplan Miller & Ciresi, LLP
1801 K Street, NW - Suite 1200
Washington, DC 20006
cberard@rockfuscollc.com

**Kevin William Horan**
Rock Fusco LLC
321 North Clark
Suite 2200
Chicago, IL 60610
khoran@rockfuscollc.com

**Silvia Mercado Masters**
Rock Fusco, LLC
321 North Clark Street - Suite 2200
Chicago, IL 60610
smercado@rockfuscollc.com

**James Bryan Novy**
Rock Fusco, LLC
321 N. Clark - Suite 2200
Chicago, IL 60610
jnovy@rockfuscollc.com

**Jason W. Rose**
Hervas, Condon & Bersani, P.C.
333 Pierce Road - Suite 195
Itasca, IL 60143-3156
jrose@hcbattorneys.com

**Michael D. Bersani**
Hervas, Condon & Bersani, P.C.
333 Pierce Road - Suite 195
Itasca, IL 60143-3156
mbersani@hcbattorneys.com

**Charles E. Hervas**
Hervas, Condon & Bersani, P.C.
333 Pierce Road - Suite 195
Itasca, IL 60143-3156
chervas@hcbattorneys.com

**Gregory Allen McCormick**
Garfield & Merel, Ltd.
223 West Jackson Boulevard - Suite 1010
Chicago, IL 60606
mccormick@garfield-merel.com

**John Joseph Rock**
Rock Fusco, LLC
321 North Clark Street - Suite 2200
Chicago, IL 60610
jrock@rockfuscollc.com

**Zrinka Rukavina**
Hervas, Condon & Bersani, P.C.
333 Pierce Road - Suite 195
Itasca, IL 60143
zrukavina@hcbattorneys.com

/s/      Michael P. Latz
Michael P. Latz

Michael P. Latz
ANCEL, GLINK, DIAMOND, BUSH,
 DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Suite 600
Chicago, Illinois 60603
(312) 782-7606; (312) 782-0943 - Fax