Search: [    ] [Search]

Choose search form

Links:
Go to ...

Document
Prev Chapter
Next Chapter
Contents
Sync TOC
Framed Version

| Village of Bellwood Code of Ordinances |
|---|
| TITLE III: ADMINISTRATION |
| CHAPTER 30: BOARD OF TRUSTEES |

# CHAPTER 30: BOARD OF TRUSTEES

Section

*General Provisions*

30.01    Composition; powers and duties

30.02    Oath of office

30.03    Compensation

*Meetings; Rules of Order*

30.15    Meetings; absences; presiding officer

30.16    Order of business

30.17    Rescissions at special meetings

30.18    Submission of resolutions in writing

30.19    Who may address the Board of Trustees

30.20    Suspension of rules

30.21    Application of Robert's Rules of Order

30.22    Quorum

30.23    Enumeration of standing committees

30.24    Creation of special committees

30.25    Committee composition and appointments

## GENERAL PROVISIONS

### § 30.01 COMPOSITION; POWERS AND DUTIES.



EXHIBIT A

The Board of Trustees, consisting of six members, shall be elected to office for a four-year term, according to the method provided by statute. The Board of Trustees shall be the legislative department of the village government, and shall perform such duties and have such powers as may be delegated by statute to it.

('95 Code, § 30.01)

### § 30.02  OATH OF OFFICE.

The members of the Board of Trustees shall take the oath of office prescribed by statute.

('95 Code, § 30.02)

### § 30.03  COMPENSATION.

The members of the Board of Trustees shall receive such compensation as may be provided by ordinance.

('95 Code, § 30.03)

# MEETINGS; RULES OF ORDER

### § 30.15  MEETINGS; ABSENCES; PRESIDING OFFICER.

(A)  *Regular meetings; meeting place.*

(1)  The regular meetings of the Board of Trustees shall be held on the second and fourth Wednesdays of each month at 7:00 p.m. No notice of such regular meetings shall be required.

(2)  The meeting place of the Board of Trustees shall be at the village hall, unless otherwise ordered by the Board.

(B)  *Calling special meetings.*  Special meetings may be called by the Village President or any three trustees upon at least 24 hours' notice to all members of the Board of Trustees and the President; provided, that if all of the Trustees are present at a special meeting no notice of the meeting shall be necessary and such notice shall be deemed waived.

(C)  *Absences.*  Every trustee shall be entitled to two absences at meetings per year.

(D)  *Presiding officer.*  The Village President shall be the presiding officer of all regular and special meetings of the Board of Trustees and at all times when the Board meets as committee of the whole.

(E) *Sergeant-At-Arms.* There shall be selected by members of the Board of Trustees a Sergeant-At-Arms of this Board of Trustees and such assistants as the Board of Trustees may from time to time direct who shall preserve order, obey the directions of the Board of Trustees and of the Chair and perform all duties usually appertaining to the office of Sergeant-At-Arms of deliberate assemblies.

('95 Code, § 30.15) (Am. Ord. 00-18, passed 11-22-00)

### § 30.16 ORDER OF BUSINESS.

The order of business of the Board of Trustees shall be as follows:

(A) Roll call;

(B) Minutes of the preceding meeting;

(C) Reading of proposed ordinances and resolutions;

(D) Communications, resolutions, ordinances and bills;

(E) Reports of officers;

(F) Reports of committees;

(G) Other business.

('95 Code, § 30.16)

### § 30.17 RESCISSIONS AT SPECIAL MEETINGS.

No vote or action of the Board of Trustees shall be rescinded at any special meeting of the Board of Trustees unless there be present at such special meeting as many members of the Board of Trustees as were present at the meeting when such vote or action was taken, as provided by statute.

('95 Code, § 30.17)

### § 30.18 SUBMISSION OF RESOLUTIONS IN WRITING.

Any resolutions submitted to the Board of Trustees shall be reduced to writing before being voted upon, on request of any two members of the Board.

('95 Code, § 30.18)

### § 30.19 WHO MAY ADDRESS THE BOARD OF TRUSTEES.

No person other than the President or a member of the Board of Trustees shall address that body at any regular or special meeting, except upon consent of a majority of the members present.

('95 Code, § 30.19)

### § 30.20 SUSPENSION OF RULES.

The rules of order, other than those prescribed by statute, may be suspended at any time by the consent of a majority of the members of the Board of Trustees present at any meeting.

('95 Code, § 30.20)

### § 30.21 APPLICATION OF ROBERT'S RULES OF ORDER.

*Robert's Rules of Order* shall govern the deliberations of the Board of Trustees except when in conflict with any of the foregoing rules set out in this subchapter.

('95 Code, § 30.21)

### § 30.22 QUORUM.

A majority of the members of the Board of Trustees shall constitute a quorum to do business, but no ordinance shall be passed except upon the favorable vote of a majority of the elected members, as provided by statute.

('95 Code, § 30.22)

### § 30.23 ENUMERATION OF STANDING COMMITTEES.

(A) Village Board standing committees are established to assist the Mayor and Village Board in developing and reviewing various village policies. Committees are not authorized to administer the day-to-day operations of the village or its departments which will remain the duty of the Mayor and village staff. Each committee shall have responsibilities as assigned from time-to-time by the Mayor. When committee responsibilities or objectives overlap, the Mayor will determine which committee or committees shall work on a project or event. In no event shall a committee member meet to discuss committee business without informing the other committee members of the time and purpose of the meeting. Committees shall not send correspondence to any person, other than to a department head, without prior approval of the Mayor and Village Board. All committees are subject to the provisions of the Open Meetings Act.

(B) The following shall be the standing committees of the

Village Board:

    (1)    Communications;

    (2)    Economic Development;

    (3)    Finance;

    (4)    Public Safety;

    (5)    Quality of Life;

    (6)    Utilities.

('95 Code, § 30.23)  (Ord. 742, passed - -; Am. Ord. 01-15, passed 6-27-01)

### § 30.24  CREATION OF SPECIAL COMMITTEES.

Special committees of the Board of Trustees shall be created from time to time as directed by the Board of Trustees.

('95 Code, § 30.24)  (Ord. 742, passed - -)

### § 30.25  COMMITTEE COMPOSITION AND APPOINTMENTS.

The Mayor shall make committee appointments once annually. Each committee shall have at least two members. The Mayor shall designate which committee member shall serve as chair.

('95 Code, § 30.25)  (Ord. 742, passed - -; Am. Ord. 01-15, passed 6-27-01)

Disclaimer:
This Code of Ordinances and/or any other documents that appear on this site may not reflect the most current legislation adopted by the Municipality. American Legal Publishing Corporation provides these documents for informational purposes only. These documents should not be relied upon as the definitive authority for local legislation. Additionally, the formatting and pagination of the posted documents varies from the formatting and pagination of the official copy. The official printed copy of a Code of Ordinances should be consulted prior to any action being taken.

For further information regarding the official version of any of this Code of Ordinances or other documents posted on this site, please contact the Municipality directly or contact American Legal Publishing toll-free at 800-445-5588.

© 2008 American Legal Publishing Corporation
techsupport@amlegal.com
1.800.445.5588