UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 00546 |
| v. | ) ) | Judge Milton I. Shadur |
| VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Thursday, June 26, 2008**, at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Milton I. Shadur**, or any other judge sitting in his stead, in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant Village of Bellwood's Motion to Dismiss** and **Defendant Village of Bellwood's Memorandum of Law in Support of Motion to Dismiss,** copies of which are hereby served upon you.

Dated: June 23, 2008

                                                Respectfully submitted,
                                                VILLAGE OF BELLWOOD

                                            By:   s/ Silvia Mercado Masters
                                                    One of its attorneys

John J. Rock
James B. Novy
Silvia Mercado Masters
Rock Fusco, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60610
(312) 494-1000

**CERTIFICATE OF SERVICE**

    I, Silvia Mercado Masters, hereby certify that a copy of the attached **Notice of Motion** has been served upon:

Gregory A. McCormick
Garfield & Merel, Ltd.
223 W. Jackson Blvd., Suite 1010
Chicago, Illinois 60606

Charles Hervas
Michael Bersani
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156

Michael Latz
Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C
140 S. Dearborn Street, Sixth Floor
Chicago, Illinois 60603

Paul O'Grady
Daniel Gallagher
Querry & Harrow
175 West Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827

via ELECTRONIC FILING on June 23, 2008.

                                                                    s/ Silvia Mercado Masters
                                                                      Silvia Mercado Masters