## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   No.: 08 C 546 |
| | ) |
| VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION TO DISMISS PURSUANT TO RULE 41

NOW COMES the Plaintiffs, RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC by its attorney Brian W. Carey and moves this court dismiss this lawsuit pursuant to Rule 41 of the Federal Rules of civil procedure.  This dismissal is by stipulation of all parties and without costs to any party.

                                                                                                 Respectfully Submitted,

                                                                                 Law Offices of Brian W. Carey
                                                                                             S/Brian W. Carey

Brian W. Carey
Law Offices of Brian W. Carey
Attorney No.: 3126927
Attorney for Plaintiffs
1807 North Broadway
Melrose Park, Illinois 60160
(708) 343-8381

The undersigned being the attorney's of record for all party defendants named herein hereby agree to the dismissal of this lawsuit without costs being awarded to any party in this lawsuit.

_____
Frank A. Pasquale by
Hervas, Condon & Bersani, P.C.

_____
Roy McCampbell by
Ancel, Glink, Bush, Dicianni & Krafthefer, P.C.

_____
Village of Bellwood by
Rock Fusco LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on June 23, 2008.

*s/ Brian W. Carey*
Law Offices of Brian W. Carey