## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   No.: 08 C 546 ) |
| VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION | ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

To:
| | | |
|---|---|---|
| Charles Hervas | Michael Latz | Law Offices of |
| Michael Bersani | Ancel, Glink, Diamond, Bush, | Rock Fusco, LLC |
| Hervas, Condon & Bersani, P.C. | Dicianni & Krafthefer, P.C. | 321 N. Clark Street |
| 333 Pierce Road, Suite 195 | 140 S. Dearborn Street | Suite 2200 |
| Itasca, Illinois 60143-3156 | Sixth Floor | Chicago, Il 60601 |
| | Chicago, Illinois 60603 | |

PLEASE TAKE NOTICE **that on June 23, 2008** RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC filed with the Clerk of the United States District Court, Eastern Division, its **MOTION TO DISMISS PURSUANT TO RULE 41**.

*s/ Brian W. Carey*
Brian W. Carey
Law Offices of Brian W. Carey

Brian W. Carey
Law Offices of Brian W. Carey
Attorney No.  3126927
1807 N. Broadway
Melrose Park, Illinois 60160
Tel. (708) 343-8381

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on June 23, 2008.

*s/ Brian W. Carey*
Law Offices of Brian W. Carey