## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 08 C 546 |
| VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Charles Hervas  
Michael Bersani  
Hervas, Condon & Bersani, P.C.  
333 Pierce Road, Suite 195  
Itasca, Illinois 60143-3156  

Michael Latz  
Ancel, Glink, Diamond, Bush, Dicianni & Krafthefer, P.C.  
140 S. Dearborn Street  
Sixth Floor  
Chicago, Illinois 60603  

Law Offices of  
Rock Fusco, LLC  
321 N. Clark St.  
Suite 2200  
Chicago, Il 60601  

PLEASE TAKE NOTICE **that on June 23, 2008** RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC filed with the Clerk of the United States District Court, Eastern Division, its **Attorney Appearance Form.**

					*s/ Brian W. Carey*  
					Brian W. Carey  
					Law Offices of Brian W. Carey  

Brian W. Carey  
Law Offices of Brian W. Carey  
Attorney No.  3126927  
1807 N. Broadway  
Melrose Park, Illinois 60160  
Tel. (708) 343-8381

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on June 23, 2008.

*s/ Brian W. Carey*
Law Offices of Brian W. Carey