UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC  )))))) | |
| Plaintiffs,  )) | |
| v.  )) | No.: 08 C 546 |
| VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION  ))))))) | |
| Defendants.  ) | |

## MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE

NOW COMES Brian W. Carey and seeks leave of court to file his additional appearance for all plaintiffs in this lawsuit.

S/Brian W. Carey_____
Brian W. Carey

Brian W. Carey
Law Offices of Brian W. Carey
Attorney No.: 3126927
Attorney for Plaintiffs
1807 North Broadway
Melrose Park, Illinois 60160
(708) 343-8381

## PROOF OF SERVICE

I, Brian W. Carey, an attorney, under penalty of perjury, and state that on June 23, 2008, service is being made in accordance with the General Order on Electronic Case Filing Section XI.

S/Brian W. Carey_____
Brian W. Carey