## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 08 C 546 |
| VILLAGE OF BELLWOOD, ILLINOIS, FRANK A. PASQUALE, ROY MCCAMPBELL, ANTHONY BRUNO and ILLINOIS DEVELOPMENT SERVICES CORPORATION | ) ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF FILING**

To:  Charles Hervas          Michael Latz
     Michael Bersani         Ancel, Glink, Diamond, Bush,        Law Offices of
     Hervas, Condon & Bersani, P.C.   Dicianni & Krafthefer, P.C.   Rock Fusco, LLC
     333 Pierce Road, Suite 195      140 S. Dearborn Street        321 N. Clark St.
     Itasca, Illinois 60143-3156     Sixth Floor                   Suite 2200
                                     Chicago, Illinois 60603       Chicago, Il 60601

   PLEASE TAKE NOTICE **that on June 23, 2008** RONALD SCARLATO, SCARLATO & SONS REALTY & DEVELOPMENT CORP., BELLWOOD PLACE, LLC, MADISON ST. PLACE, LLC and WASHINGTON COMMONS, LLC filed with the Clerk of the United States District Court, Eastern Division, its **MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCE**.

                                          s/ *Brian W. Carey*
                                          Brian W. Carey
                                          Law Offices of Brian W. Carey

Brian W. Carey
Law Offices of Brian W. Carey
Attorney No.  3126927
1807 N. Broadway
Melrose Park, Illinois 60160
Tel. (708) 343-8381

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing Notice to be filed and served through the Court's CM/ECF Electronic Filing System and associated e-mail system upon all counsel of record on June 23, 2008.

      *s/ Brian W. Carey*
      Law Offices of Brian W. Carey