UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ronald Scarlato, et al.
                                                   Plaintiff,
v.                                                              Case No.: 1:08−cv−00546
                                                                Honorable Milton I. Shadur
Village of Bellwood, Illinois, et al.
                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2008:

MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum Order. As stated earlier, this Court no longer commands an hourly rate for its time. Plaintiffs' counsel is ordered to appear at 9:15 a.m. on July 2, 2008 to provide information as to his own hourly rate and to discuss the appropriate sanction for his violation of the court rule referred to earlier.Defendants' Motions to dismiss [30][25][28] are denied as moot. Plaintiff's Motion to dismiss pursuant to Rule 41(A) [33] is granted. Motion for leave to file additional appearance[35] is denied as moot. Civil case terminated. ; Status hearing held on 6/26/2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.